UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR RAY DEERE, | ) | No. EDCV 09-1331-R(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that this petition is summarily dismissed as duplicative of another petition pending in this court.

DATED: Feb. 24, 2010

MANUEL L. REAL
United States District Judge